| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Genesis Graphics, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
26-0717950

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| P.O. Box 721601<br>San Diego, CA 92172 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

12/31/15 1:45PM

Debtor  Genesis Graphics, Inc.                                    Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   ____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | In re Javier Reyes | Relationship to you | Shareholder |
|---|---|---|---|
| District | So. Dist of CA | When 9/16/15 | Case number, if known 15-06009-LT7 |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

12/31/15  1:45PM

Debtor    Genesis Graphics, Inc.
          Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
          Contact name
          Phone

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Genesis Graphics, Inc.
        Name

Case number (*if known*)

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 31, 2015
              MM / DD / YYYY

**X** /s/ Javier Reyes                                          Javier Reyes
Signature of authorized representative of debtor                Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Michael T. O'Halloran CLS-B                           Date  December 31, 2015
Signature of attorney for debtor                                      MM / DD / YYYY

Michael T. O'Halloran CLS-B
Printed name

Law Office of Michael T. O'Halloran
Firm name

1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908
Number, Street, City, State & ZIP Code

Contact phone  619-233-1727         Email address  MTO@Debtsd.com

#99085
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

12/31/15 1:45PM

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.
Michael T. O'Halloran CLS-B #99085
1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908
619-233-1727
#99085

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Genesis Graphics, Inc.

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.   TOTAL NO. OF CREDITORS: __54__

☐ Conversion filed on _____. *See instructions on reverse side.*
  ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.   TOTAL NO. OF CREDITORS:_____
  ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
  ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
  ☐ Names and addresses are being ADDED.
  ☐ Names and addresses are being DELETED.
  ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:  December 31, 2015    /s/ Javier Reyes
                            Javier Reyes/President
                            Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

`CSD 1008 (Page 2)` [08/21/00]

# INSTRUCTIONS

1) Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2) A creditors matrix with Verification is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be originally typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) Scannable matrix format required.

   b) The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                                                                 Best Case Bankruptcy

```
A & R Box Packaging
1160 N. Armando Street
Anaheim, CA 92806


A-Check America
1501 Research Park Drive
Riverside, CA 92507


Apparel Direct Inc
614 East Walnut Street
Carson, CA 90746


Apparel Star Co Inc.
2800 East 11th Street
Los Angeles, CA 90023


Apple One Employment
PO Box 29048
Glendale, CA 91209


ARCH Health Partners
15611 Pomerado Road, Floor 5-S
Poway, CA 92064


B.S.T.
1000 Town Center Drive
Suite 600
Oxnard, CA 93036


Briefly Stated Inc.
1400 Broadway
Suite 2002
New York, NY 10018


CA Labor Commissioner
7575 Metropolitan Dr. #210
San Diego, CA 92108
```

```
Cabrera Thomson & Associates
1380 El Cajon Boulevard
El Cajon, CA 92020


Cal Environmental Protection
2375 Northside Dr. #100
San Diego, CA 92108


CBeyond
6256 Greenwich Drive
San Diego, CA 92122


Consolidated Design West
27871 Country Lane
Laguna Niguel, CA 92677


Continental Commercial Grp
317 S. Brand Bl.
Glendale, CA 91204


Delta Apparel
13220 Orden Drive
Santa Fe Springs, CA 90670


E & E Industries
4931 Market Street
San Diego, CA 92102


EDCO Waste and Recycling Serv.
6670 Federal Boulevard
Lemon Grove, CA 91945


Employment Development Dept.
PO Box 989061
West Sacramento, CA 95798-9061
```

Fed Ex
P.O. Box 7221
Pasadena, CA 91109-7321


Firehawk Corporation
3962 Vista Sorrento Parkway #4
San Diego, CA 92121


Courtney Forsyth
2285 Randall St.
San Diego, CA 92109


G3 Tapes Inc.
11639 Riverside Drive
#130
Lakeside, CA 92040


Hartford
PO Box 2907
Hartford, CT 06104


Image Technology
1380 North Knollwood Cir.
Anaheim, CA 92801


Inception Technologies
6097 N 57th Drive
Glendale, AZ 85301


Internal Revenue Service
Centralized Insolvency Op.
P.O. Box 7346
Philadelphia, PA 19101-7346


Keith Landsberg
660 N. Twin Oaks Valley Road
San Marcos, CA 92069

Law Offices of Eric D. Morton
2173 Salk Ave #250
Carlsbad, CA 92008


Law Offices of N Munro Merrick
15022 Paso Del Sol
Del Mar, CA 92014


Melmel Products Inc.
25029 Avenide Sombra
Murrieta, CA 92563


Micrografix
8144 Walnut Hill Lane
Dallas, TX 75231


Nazdar West
118 W. 21st Street
Los Angeles, CA 90007


Network Commercial Service Inc
6355 Topanga Canyon Boulevard
Woodland Hills, CA 91367


Parkway Commerce Center LP
c/o CBRE
4365 Executive Dr., Ste. 1600
San Diego, CA 92121


Parra Building Consultants
3127 Kalima Street
San Diego, CA 92104


Peace Textiles America
528 Spanish Lane
Walnut, CA 91789

Preferred Western Collection
5190 Governer Drive #105
San Diego, CA 92122


Premium Packaging Solutions
4605 Milton Street
San Diego, CA 92110


Rehco Holdings
9151 Rehco Road
San Diego, CA 92121


Javier Reyes
13559 Rancho Del Azaleas Way
San Diego, CA 92130


Ricoh USA Inc
PO Box 1347
Macon, GA 31208


Safety Kleen
5360 Legacy Dr.
Plano, TX 75024


JuanSantacruz
c/o D. Graves
613 West Valley Parkway #310
Escondido, CA 92025


Screen Printers Resource Inc.
1251 E. Burton Street
Anaheim, CA 92801


Screenprinting Products of SD
7939 Silverton Avenue
Suite 811
San Diego, CA 92126

SD Country Treasurer Tax  
1600 Pacific Highway  
San Diego, CA 92101

SDG&E  
P.O. Box 129123  
San Diego, CA 92112

So Cal Packaging Equipment Inc  
4102 Valley Boulevard  
Walnut, CA 91789

Southbound Graphics  
1250 Keystone Way  
Vista, CA 92081

Sprint  
P.O. Box 4181  
Carol Stream, IL 60197-4181

Stericycle  
9855 Distribution Ave #110  
San Diego, CA 92121

Transworld Systems Inc.  
Formerly NCO Financial Systems  
507 Prudential Road  
Horsham, PA 19044

ULINE  
2200 S. Lakeside Drive  
Waukegan, IL 60085

Unisource Worldwide Inc.  
6815 Flanders Drive  
San Diego, CA 92121

# United States Bankruptcy Court
## Southern District of California

In re   Genesis Graphics, Inc.                                       Case No.
                              Debtor(s)                              Chapter   7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Genesis Graphics, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


December 31, 2015                          /s/ Michael T. O'Halloran CLS-B
**Date**                                   Michael T. O'Halloran CLS-B #99085
                                           **Signature of Attorney or Litigant**
                                           **Counsel for**   Genesis Graphics, Inc.
                                           Law Office of Michael T. O'Halloran
                                           1010 Second Avenue, Suite 1727
                                           San Diego, CA 92101-4908
                                           619-233-1727 Fax:619-233-6526
                                           MTO@Debtsd.com

12/31/15 1:45PM

CSD 1801 [12/01/09]
Name, Address, Telephone No. & I.D. No.
Michael T. O'Halloran CLS-B #99085
1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908
619-233-1727
#99085

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Genesis Graphics, Inc.

BANKRUPTCY NO.

Debtor.

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

PART I - DECLARATION OF PETITIONER

I [We] __Javier Reyes__ and _____, the undersigned debtor(s), **_hereby declare under penalty of perjury_** that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: December 31, 2015

Signed: /s/ Javier Reyes
Javier Reyes
(Applicant)

PART II - DECLARATION OF ATTORNEY

I **_declare under penalty of perjury_** that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: December 31, 2015

/s/ Michael T. O'Halloran CLS-B
Michael T. O'Halloran CLS-B #99085
Attorney for Debtor(s)

CSD 1801